IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BARRETT FINE**     **PLAINTIFF**

v.     CAUSE NO. 1:20CV273-LG-RPM

**AMERICAN EXPRESS
NATIONAL BANK and
PARNELL & PARNELL, PA**     **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 11th day of March, 2021.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge